# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIKKA LONG,

        Plaintiff,

v.                                                                                               CA NO. 22-346

ABRAXAS I,

        Defendant,

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff ERIKKA LONG and Defendant ABRAXAS I, by and through their respective counsel of record, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above case with prejudice, each party bearing his/its own costs and fees.

Dated: July 25, 2024

Respectfully Submitted,

s/ John Newborg  
John Newborg  
225 Ross Street, 4th Floor  
Pittsburgh, PA 15219  
(412) 874-9442  
newborglaw@gmail.com  
Counsel for Plaintiff

/s/ Kelly Mistick  
Kelly Mistick, Esquire  
Jackson Lewis  
Liberty Center  
1001 Liberty Avenue  
Suite 1000  
Pittsburgh, PA 15222  
(412) 338-5159  
Kelly.Mistick@Jacksonlewis.com  
Counsel for Defendant

It is so ordered this 30th day of July, 2024.

_Susan Paradise Baxter_  
United States District Judge